

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EFREN SAENZ, | § | No. 08-17-00014-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D03471) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 22, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 22, 2017.

IT IS SO ORDERED this 7th day of June, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.